UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. MARTINEZ,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: 22-CV-1803 JLS (BLM)<br><br>**ORDER (1) GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND (2) DISMISSING WITHOUT PREJUDICE COMPLAINT**<br><br>(ECF Nos. 1 & 2) |

On December 2, 2022, the Court issued an Order granting Plaintiff Carlos A. Martinez's Application to Proceed in District Court Without Prepaying Fees or Costs and dismissing without prejudice his Complaint pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim. *See generally* ECF No. 3 (the "Order"). The Order granted Plaintiff until January 20, 2023, to file an amended complaint. *See id.* at 6–7. Plaintiff was warned that, "[s]hould Plaintiff fail to file an amended complaint on or before January 20, 2023, the Court will enter a final Order dismissing this civil action based both on Plaintiff's failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2) and his failure to prosecute in compliance with a court order requiring amendment." *Id.* at 7 (citation and emphases omitted).

/ / /

  Plaintiff did not file an amended complaint on or before January 20, 2023, in accordance with the Order; accordingly, the Court **DISMISSES WITHOUT PREJUDICE** the above-named action.  The Clerk of the Court **SHALL CLOSE** the file.

  **IT IS SO ORDERED.**

Dated: January 23, 2023

Hon. Janis L. Sammartino
United States District Judge